PER CURIAM.
We affirm based on Hernandez v. State, 135 So.3d 352, 355 (Fla. 1st DCA 2013). We are also bound by Elsberry v. State, 130 So.3d 798, 798 (Fla. 1st DCA 2014) (citing State v. Murphy, 124 So.3d 323, 330-31 (Fla. 1st DCA 2013)), in which we held that dual convictions for violation of sections 847.0135(3) and 847.0135(4), Florida Statutes (2011), do not violate double jeopardy. Accord Littleman v. State, 159 So.3d 975, 976 (Fla. 1st DCA 2015); Snow v. State, 157 So.3d 559, 560 (Fla. 1st DCA 2015); Cantrell v. State, 132 So.3d 931, 933 (Fla. 1st DCA 2014). We recognize that the Florida Supreme Court has granted review of the conflict between the district courts. See Shelley v. State, 134 So.3d 1138,1140-42 (Fla. 2d DCA), review granted, 147 So.3d 527 (Fla.2014); see also Hartley v. State, 129 So.3d 486, 491 (Fla. 4th DCA 2014); Pinder v. State, 128 So.3d 141, 143 (Fla. 5th DCA 2013).
AFFIRMED.
BENTON, CLARK, and MAKAR, JJ., concur.